IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALAN EUGENE STRICKLAND, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>SCOTT CROW, )<br>)<br>Respondent. ) | NO. CIV-21-0064-HE |

### ORDER

Petitioner Alan Eugene Strickland, a state prisoner appearing *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging his state court conviction and a motion to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. Judge Mitchell has issued a Report and Recommendation recommending that the motion to proceed IFP be denied.

Plaintiff, having failed to object to the Report, has waived his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the Report and Recommendation [Doc. #6] is **ADOPTED**. Petitioner's Motion to Proceed *In Forma Pauperis* [Doc. #4] is **DENIED**. Petitioner must pay the $5 filing fee within **twenty-one (21) days** of the date of this order or his petition will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 5th day of March, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE